UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-241-UA

FILED
AUG 2 4 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN RE:                       :
                             :   ORDER TO SEAL INFORMATION
CRIMINAL INFORMATION         :   AND PLEA AGREEMENT

Upon motion of the United States, it is hereby ORDERED that the Information in the above-captioned case, being filed on August 20, 2015, be sealed.

It is FURTHER ORDERED that the Plea Agreement in the above-captioned case also be sealed. The Clerk may temporarily unseal the Criminal Information and Plea Agreement to provide copies to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Criminal Information and Plea Agreement only upon motion of the United States Attorney.

This the 24 day of August, 2015.

_____
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE
JAMES E. GATES

Case 5:15-cr-00241-D   Document 11   Filed 08/24/15   Page 1 of 1