IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 5:15-CR-241-1D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>PHILLIP DONTE QUILLER ) | **ORDER TO SEAL** |

Before the Court is Defendant's *Motion to Seal*. For good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum (DE 33), filed on or about May 24, 2016, be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

SO ORDERED. This _2_ day of June 2016.

JAMES C. DEVER III
Chief United States District Judge